IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| JESSICA E. SELLERS,<br><br>    Plaintiff,<br><br>vs.<br><br>SOUTH CAROLINA AUTISM SOCIETY, INC., KIM THOMAS AND CRAIG C. STOXEN, AS CEO,<br><br>    Defendants. | C/A No. 3:11-2163-CMC-SVH<br><br>ORDER |

This matter comes before the court upon motion of C. Edward Rawl, Jr., seeking to withdraw from the above-referenced matter. Attorney Rawl is leaving the law firm of McAngus Goudelock and Courie and no longer represents Defendants. The court grants the motion. Attorney Amy Yager Jenkins of McAngus Goudelock and Courie will continue representing Defendants.

The clerk is instructed to remove C. Edward Rawl, Jr. as counsel of record for Defendants in these proceedings.

IT IS SO ORDERED.

May 1, 2012                                                                 Shiva V. Hodges
Columbia, South Carolina                                         United States Magistrate Judge